## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CHAD SEMRAU,                             )
Individually and on behalf of a class,   )
                                         )
                    Plaintiff,           )
                                         )    Case No. 2:13-cv-02104-JTM-JPO
          v.                             )
                                         )
WEI's, INC.                              )
                                         )
                    Defendant.           )

## PLAINTIFF'S STATUS REPORT

Plaintiff Chad Semrau, individually and on behalf of a class, hereby advise the Court that the claims asserted in this action were previously resolved through mediation. However, since that time, Defendant's principal has been involved in a criminal proceeding, *USA v. Lei*, 13-CR-20114-KHV-JPO. Since the onset of the criminal proceeding, Defendant has not participated in efforts to finalize the settlement and implement the agreed relief. Based on Plaintiff's last conversation with counsel for Defendant it does not appear Defendant will be in a position to fully participate in its defense and/or the settlement in the near future. Defendant has also intimated the possibility that further discovery may be subject to objections and/or assertion of Fifth Amendment rights given the existence of the ongoing criminal proceeding. As such, the existence of the criminal proceeding clouds whether and when the negotiated terms of settlement can be accomplished. Counsel for Defendant has represented that Defendant's operation is currently not a going concern.

Over the past sixty (60) days, counsel for Plaintiff has attempted to discuss the matter with counsel for Defendant. These attempts have not resulted in a meaningful conversation with Defendant's counsel with respect to resolution of this matter pursuant to the settlement

OP 878986.1

agreement.  Plaintiff does not believe that this matter is in a position for final approval until either resolution of the unrelated criminal matter or until Defendant's counsel is in a position to discuss completion of the settlement agreement.  Plaintiff requests that the Court order Plaintiff's counsel to file a status report sixty (60) days from today's date to determine whether this matter should be scheduled for final approval hearing.  Plaintiff additionally requests that the Court order both parties to discuss the resolution of the matter within twenty days of the Court's order.

Plaintiff requests this continuance not for the purposes of delay or to thwart justice, but instead, counsel believes the continuance is in the best interest of conserving judicial and party resources until such time as Defendant can fully participate in finalizing the case.

WHEREFORE, for the aforementioned reasons, the Plaintiff respectfully request that the Court enter an Order continuing the final approval hearing until at least ninety (90) days from today's date, order Plaintiff's counsel to file a status report sixty (60) days from today's date, order all counsel to discuss resolution pursuant to the settlement agreement or by other means, and for such additional and further relief as the Court deems fair and just.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

s/  Joshua C. Dickinson

| Joshua C. Dickinson | MO # 51446 |
| Bryant T. Lamer | MO # 57355 |

1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
blamer@spencerfane.com
jdickinson@spencerfane.com

***ATTORNEYS FOR PLAINTIFFS***

OP 878986.1

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 22, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/  Joshua C. Dickinson
*Attorney for Plaintiffs*

OP 878986.1