# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD SEMRAU, ) | |
| Individually and on behalf of a class, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:13-cv-02104-JTM-JPO |
| v. ) | |
| ) | |
| WEI's, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED pursuant to Fed. R. Civ. P. 41 and the parties' Joint Motion For Dismissal Without Prejudice (Doc. #34), the above-entitled matter including all claims is dismissed without prejudice, at each party's own costs and attorneys' fees.

Accordingly, it is hereby

ORDERED the matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of June, 2014.

                                                     s/ J. Thomas Marten
                                                  HONORABLE J. THOMAS MARTEN